UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                          )
                                                )
    JANICE WOLK GRENADIER            )    Case No. 13-10791-BFK
                                                )    Chapter 13
        Debtor                      )

**ORDER DISMISSING CASE**

The Court held a hearing on June 20, 2013, on the Chapter 13 Trustee's Motion to Dismiss (Docket No. 19). The Debtor was present in person at the hearing. The Chapter 13 Trustee, Thomas P. Gorman, was present in person. The Debtor in this case has filed five prior bankruptcy cases since 2000. *See* Case Nos. 00-11592-SSM, 07-11602-SSM, 08-11841-SSM, 09-11348-SSM & 12-12665-BFK. For the reasons stated on the record at the hearing it is

**ORDERED:**

1. This case is dismissed with prejudice to refiling under any chapter of the Bankruptcy Code in this or any other court for a period of <u>1 year</u> from the entry of this Order subject to the following exception.

2. The Debtor may file a motion and affidavit requesting a new Chapter 13 bankruptcy case directed to the Court's attention, evidencing the following:

    a. The Debtor has sufficient, regular income to fund a Chapter 13 plan, including making regular mortgage payments and paying the arrearages over the 60 months of the new plan; ***and***

    b. She has the ability to pay her ordinary and necessary living expenses.

3. The automatic stay of Section 362(a) of the Bankruptcy Code will not go into effect in any bankruptcy case filed by the Debtor within the said year, unless the Court grants the Motion

Case 13-10791-BFK    Doc 41    Filed 06/24/13    Entered 06/24/13 17:32:35    Desc Main
                    Document      Page 2 of 2

described in paragraph 2, above.

    4. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Jun 24 2013         /s/ Brian F. Kenney
                          Brian F. Kenney
Alexandria, Virginia      United States Bankruptcy Judge

Entered on Docket: June 24, 2013

Copies to:

Janice Wolk Grenadier
15 W. Spring Street
Alexandria, VA 22301
Debtor *pro se*

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
Chapter 13 Trustee